JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUSTIN DANIEL COX, | Case No.: 2:21-cv-09239-DFM |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 8, 2022

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

2

3 | BY: /s/ *Monica Perales*
_____
4 | Monica Perales
Attorney for plaintiff Justin Daniel Cox

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:21-CV-09239-DFM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 4, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Monica Perales

_____
Monica Perales
Attorneys for Plaintiff
_____